CAUSE NO. D-1-GN-24-001116

| | | |
|---|---|---|
| HARRIS COUNTY, TEXAS, SUPER | § | IN THE DISTRICT COURT OF |
| NEIGHBORHOOD 48 TRINITY/HOUSTC | § | |
| GARDENS, DYYERSFOREST HEIGHTS | § | |
| CIVIC CLUB, and PROGRESSIVE FIFTH | § | |
| WARD COMMUNITY ASSOCIATION, | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | |
| | § | |
| THE TEXAS COMMISSION ON | § | |
| ENVIRONMENTAL QUALITY, | § | |
| *Defendant.* | § | |
| | § | **126th JUDICIAL DISTRICT** |
| | § | |

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/21/2025 3:44:37 PM
CHRISTOPHER A. PRINE
Clerk
TRAVIS COUNTY, TEXAS

## FINAL JUDGMENT

On October 14, 2025, this Court heard argument in this administrative appeal of Defendant Texas Commission on Environmental Quality's ("TCEQ") January 29, 2024 Final Order (the "Final Order") Issuing Amendments to Air Quality Standard Permit (Docket No. 2022-1368-MIS). Having considered the pleadings, administrative record, briefing, law, and argument of counsel, the Court hereby REVERSES the TCEQ's Final Order because the TCEQ's determination to provide up to ten years for concrete batch plants authorized prior to the Final Order to implement the Final Order's new operational requirements is arbitrary and capricious and/or is in violation of a statutory provision by failing to protect public health. TEX. HEALTH & SAFETY CODE § 382.002; 30 TEX. ADMIN. CODE 116.615(1).

The Court hereby REMANDS this matter to the TCEQ for further proceedings consistent with the Court's ruling.

This Judgment is final, disposes of all parties and claims, and is appealable.

SIGNED this _____ day of October _____, 2025.

_____
HONORABLE JUDGE AMY CLARK MEACHUM